## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**JASON A TEEMAN**<br>　　　　**Defendant.** | **Case No. 25-mj-08147-ADM**<br><br>**Filed Under Seal** |

### CRIMINAL COMPLAINT

　　I, Steven Emmons, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), Kansas City, Missouri, being duly sworn, depose and state as follows:

### COUNT 1
### ENTICEMENT
### [18 U.S.C. § 2422(b)]

　　On or about July 24, 2025, in the District of Kansas, the defendant,

### JASON A TEEMAN

using a facility and means of interstate commerce, knowingly attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, to wit, the defendant used an internet messaging application to attempt to persuade a person he believed to be a 14 year old minor to meet up and have sexual intercourse with him in violation of K.S.A. 21-5506, all in violation of Title 18, United States Code, Section

2422(b).

## COUNT 2

**TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT**
**[18 U.S.C. § 2423(b)]**

On or about July 24, 2025, in the District of Kansas, the defendant,

**JASON A TEEMAN**

did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. Section 2246(2)(B) and (D), with another person, to wit, the defendant traveled from Missouri to Kansas, for the purpose of engaging in sex with a fourteen (14) year old minor, all in violation of Title 18, United States Code, Section 2423(b).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I am a certified law enforcement officer in the state of Missouri and have been for approximately 8 years. I am currently assigned to the FBI Child Exploitation Task Force, Kansas City, Missouri. I have been assigned to investigate computer crimes to include violations against children. I have gained expertise in conducting such investigations through seminars, training, classes, and everyday work related to conducting these types of investigations. As a Task Force Officer or TFO, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      This affidavit is based upon information I have gained from my investigation as well as my training and experience. This affidavit is intended to show only that there is sufficient probable cause for the requested Complaint and does not set forth all of my knowledge about this matter. As will be shown below, there is probable cause to believe JASON A TEEMAN, hereinafter referred to as TEEMAN, engaged in the attempted online enticement of a minor and has traveled to Overland Park, Kansas with the intent to engage in illegal sexual activity with a minor, in violation of 18 U.S.C. §§2422(b) and 2423(b) and (f).

## BACKGROUND OF THE INVESTIGATION

3.      On July 24, 2025, an FBI online covert employee ("OCE") posing as an a fourteen-year-old minor, located an individual on an online (internet) messaging application who identified themselves as Charon. OCE and "Charon" briefly talked on the messaging application where OCE identified themselves as a 14-year-old female. "Charon" stated they "had an appointment" and instructed OCE not to go anywhere. OCE provided their telephone number and asked if they would like to text instead. Shortly after OCE received a text message from the phone number 913-717-9029 stating it was "Charon".

4.      The conversation started at 3:03pm and lasted until 7:27pm. During the conversation Jason A TEEMAN, who law enforcement reasonably believes was utilizing the phone number ending in 9029, asked for a pic, or picture. OCE responded by sending

3

a picture of feet in a pool and a fully clothed torso of a female. This female is known by law enforcement and hereinafter will be referred to as "female decoy". OCE expressed concerns about sending pictures of themselves and stated they did not like it or want to. TEEMAN sent a picture of an apparent bald male wearing a suit standing in front of a mirror. The face of the male had been blacked out as to not identify them. TEEMAN stated in response to the previous pictures sent to him "That's no fair I can't see if you're pretty", "body is bangin though". OCE stated "well I cant see if ur pretty lol". OCE sent 2 more images, one full body and fully clothed (jeans and shirt) with their face covered by the phone and another with half of her face showing wearing a tee shirt. TEEMAN responded, "still covering babe but I can tell you're a hottie", "Just keep in mind I'm the one risking going to jail here".

5.     TEEMAN, throughout the entirety of the chat continued to attempt to get photos of the female decoy and engage in conversation of a sexual nature. Below is a highlight of the chats:

Teeman: "have you ever met up off that chat"

OCE: "Yeah! A few times while my moms working"

TEEMAN: "Older man?"

OCE: "A lot of the time yeah is that okay"

TEEMAN: "yeah sure. What did you do with them?"

OCE: "wouldn't u like to kno"
TEEMAN: "or I guess let them do with you lol"

TEEMAN continued to inquire about where the OCE lived and stated, "forgive me for all the questions ive never done this before."

OCE: LOL never done what

OCE: Like meet up lol

TEEMAN: "Off that chat I haven't or a girl like you"

OCE: "lol like a pretty girl like me haha"

TEEMAN: "Exactly"

TEEMAN: "Always nervous it's a set up and getting into trouble"

OCE: "I told you was a 14 right. I don't want to lead u on."

TEEMAN: "ok"

OCE: "I don't want u to be mad in case I didn't"

TEEMAN: "don't know what you're talking about (Teeman used a wink emoji)

TEEMAN: "when does your mom work?"

TEEMAN asked the OCE what they were trying to do and OCE responded its starting to rain so they can't go to the pool anymore. TEEMAN again attempted to get the OCE to send a picture, this time of them in a bathing suit.

TEEMAN: "Doesn't mean you can't wear your baring suit" (OCE assumed TEEMAN meant bathing suit and not baring suit)

OCE: "hahaha I guess I can stop its pink!!!"

OCE: "still!" "not stop"

OCE: "Are u close to OP?" (OP meaning Overland Park KS)

5

OCE "I cant drive"

TEEMAN: "Show me. Got it on now?"

OCE: "lol noooo"

TEEMAN: "im not far from op"

TEEMAN: "Put it on and show me"

OCE: "I just told u that I don't send pics like that ne more. I got in trouble and people suck okay."

TEEMAN asked for OCE's "insta" or Instagram which is a social networking platform.

OCE: "See all u want is to see me… red flag"

OCE: "My insta was banned and I don't make a new one"

TEEMAN: "lol no I was just thinking you can send pics that cant be saved and one time view

TEEMAN: "of course I want to see you but not pics if you know what I'm mean"

OCE: "Listen dude I can only say no so many times. It's like my 1 thing and u cant respect it"

OCE: "I wanted to see u too I thought u had a good body lol"

After a few more messages TEEMAN stated "so can we meet up" below is the excerpt from that portion of the conversation:

OCE: "u wanna come over?"

TEEMAN: "That make me nervous ngl"

TEEMAN: "meet somewhere close first"

OCE: "lol like where"

TEEMAN: "idk wheres the apartment?"

OCE: "there is a park near me"

TEEMAN: "ok that works"

OCE: "I think its technically a school but its closed"

TEEMAN: "safe and quiet?"

OCE: "Valley park elementary"

OCE: "Yeah!"

OCE: "Just let me know when I need to walk that way"

OCE: "Just so u kno I wont do anything without condoms cause im not on bc ne more"

TEEMAN: "I wont talk about that stuff in chats"

OCE: "ok that's smart!"

TEEMAN asked if OCE has ever used that spot before and OCE sent a voice message utilizing the female decoy that stated "yes ive used that spot before. Im going to go take a shower and get ready so I can see you".

TEEMAN: "ok sounds good! What's your body count?" (OCE knows from their experience that body count is in reference to how many people someone has had sex with)

OCE: Really like full on sex only like 3 rlly"

OCE: "is that okay"

OCE: "have u been with a lot of girls"

7

TEEMAN: Yeah that's good. Doesn't matter just curious"

OCE: "okie"

TEEMAN: "I don't keep track so don't know really"

TEEMAN: "you shave bald" (OCE believes TEEMAN is asking if they have a shaved vagina or pubic area)

OCE: I hate shaving I cut myself every time but yeah imma shave"

TEEMAN: "ok its preferred but you don't have to"

OCE: "ok ill shave for u"

OCE: "imma shower"

TEEMAN: "wish I was there"

OCE: "U could have been"

OCE: "Okay now imma shower lol"

OCE stopped talking to TEEMAN for approximately 11 minutes and stated "okie", and "All clean lol"

TEEMAN: "Tasting Fresh"

OCE: "I hope so idk how it tastes"

OCE: "is ur car big enough for us"

TEEMAN: "yeah back seat should be"

TEEMAN: "if not we can go back to your apartment"

TEEMAN was sent anther voice message by the female decoy asking what the color of the vehicle was he was driving and he indicated it was a white vehicle. TEEMAN stated

8

he was leaving work at approximately 5:31pm and he had to go home first then he would be on his way. TEEMAN then asked the OCE "When was the last time you had some?". OCE assumed that to mean when was the last time you had sex and responded "Umm maybe like a month ago lol"

OCE: "oh it was 2 months ago at my friends party"

TEEMAN: "you get down with girls too?"

OCE: "I mean I make out with some of my friends but nothing more than that"

TEEMAN: "3 is better than 2"

OCE: "huh"

OCE: "???"

OCE: "oh like with one of my friends lol"

OCE: "Noooo"

TEEMAN: "Think it through. It'll make sense"

At 5:52 pm TEEMAN stated it would be another hour before he could meet the decoy. OCE stated they did not like walking at night because it was getting dark and TEEMAN stated "Ok, im hurrying" and "crossing my fingers I'm not set up".

6. The rest of the chats between the OCE and TEEMAN were in regard to meeting. TEEMAN appeared to be apprehensive about meeting at the arranged place and attempted to move the meeting location. Surveillance on scene identified a white

9

Hyundai Elantra with Missouri License plate EM0U8V in the area and observed it to drive around the meeting place approximately 5 times.

7. TEEMAN attempted to get the female decoy to walk down Lamar Ave towards 119th St. TEEMAN attempted to change the meeting place or control the manner in which he engaged the female decoy several times. This is a common tactic used by individuals who engage in this violation and is known by the affiant. TEEMAN was again identified in the area and was seen driving by the original meeting place and slowing down in what appeared to be an attempt at counter surveillance. TEEMAN was observed driving away from the school and was stopped by Overland Park Police who were in marked units. TEEMAN was taken into custody and TFO Emmons called the phone number the OCE had been texting with and observed TEEMAN's phone to ring indicating that it was the device used to communicate with the OCE.

8. TEEMAN's Missouri Driver's license was in the card holder on his phone and he was fully identified. A cursory check of publicly available social media associated with TEEMAN's name revealed a Facebook page. TFO Emmons observed a Facebook profile by the name Jason TEEMAN whose profile picture is the same as the picture the OCE received from TEEMAN with the exception of the blacked-out face.

9. TEEMAN was transported to the Overland Park Police facility located at 11902 Lowell Ave, Overland Park Kansas where he was read *Miranda*. TEEMAN chose to invoke his rights and declined to speak with law enforcement. Law Enforcement confirmed his name, date of birth, and home address of 1509 Saddlebrook Rd. Raymore,

MO 64083, where TEEMAN stated he still resides, indicating TEEMAN traveled across state lines to meet the female decoy.

## **CONCLUSION**

10.   Your affiant respectfully submits that there is probable cause to believe that Jason A TEEMAN has knowingly engaged in the attempted online enticement of a minor and has traveled to Overland Park, Kansas with the intent to engage in illegal sexual activity with a minor, in violation of 18 U.S.C. § 2422(b) and 2423(b).

*Steven Emmons*
_____
Steven L Emmons
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this day __25th__ of July 2025.

*Angel Mitchell*
_____
HONORABLE ANGEL D. MITCHELL
UNITED STATES MAGISTRATE JUDGE

## PENALTIES

### Count 1: Enticement [18 U.S.C. § 2422(b)]

- Punishable by a term of imprisonment of not less than ten (10) years and not more than life. 18 U.S.C. § 2422(b).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

### Count 2: Travel with intent to Engage in Illicit Sexual Conduct [18 U.S.C. § 2423(b)]

- Punishable by a term of imprisonment of not more than thirty (30) years. 18 U.S.C. § 2423(b).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).